UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: KENNEDY, JENNIK & MURRAY, P.C.
ATTORNEYS AT LAW

---

D.C. 1707 AFSCME, AFL-CIO, ETANO

Plaintiff(s)

Index # 08 CV 7079 (SULLIVAN)

- against -

METROCARE HOME SERVICES

Purchased August 8, 2008

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MICHAEL HARRIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 13, 2008 at 11:43 AM at

21 E. 26TH ST., 4TH FL.
NEW YORK, NY 10010

deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF RICHARD J. SULLIVAN, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL * on METROCARE HOME SERVICES therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to KOFFI DJELOU a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BALD | 45 | 5'9 | 180 |

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

21 E. 26TH ST., 4TH FL.
NEW YORK, NY 10010

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on August 15, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

* PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 15, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **MICHAEL HARRIS** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1077447 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 467717 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

D.C. 1707 AFSCME, AFL-CIO and Local 389,
D.C. 1707, AFSCME, AFL-CIO,
**Plaintiff,**
V.
Metrocare Home Services
**Defendant.**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 7079

TO: (Name and address of Defendant)

Metrocare Home Services
21 East 26th Street
New York, NY 10010

JUDGE SULLIVAN

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Howard
Kennedy Jennik Murray P.C.
113 University Place, 7th Floor
New York, NY 10003

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 0 8 2008

J. MICHAEL McMAHON

CLERK

*Catherine Lapsley* (signature)

DATE

(By) DEPUTY CLERK