UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/09
```

DISTRICT COUNCIL 1707, *et al.*,

                    Plaintiffs,

-v-

METROCARE HOME SERVICES,

                    Defendant.

No. 08 Civ. 7079 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' stipulation, which reflects their agreement that this action should be dismissed pursuant to Rule 41(a)(1)(A)(ii). Accordingly, this action is hereby dismissed without costs, and without prejudice to reopening if the settlement contemplated by the parties is not consummated by March 3, 2009. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:    March 2, 2009
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE